UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 21 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )   4:20CR00667 HEA/NAB
v.                              )
                                )
DWIGHT DOWELL,                  )
                                )
        Defendant.              )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 1, 2020, in St. Louis County, within the Eastern District of Missouri,

**DWIGHT DOWELL,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, and that firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
J. CHRISTIAN GOEKE, #39462MO
Assistant United States Attorney