FILED

OCT 21 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DWIGHT DOWELL,<br><br>Defendant. | )<br>)<br>)<br>)<br>) No. **4:20CR00667 HEA/NAB**<br>)<br>)<br>)<br>)<br>) |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, by Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, through J. Christian Goeke, Assistant United States Attorney for said District, and informs the Court that the Defendant, DWIGHT DOWELL, is to be tried in the above cause, and that he is to appear before a judge for the Eastern District of Missouri, forthwith, for an Initial Appearance, and at other times and dates and that the Defendant is currently confined at St. Louis City Justice Center, in the custody of the Superintendent.

WHEREFORE, your petitioner prays this Court to issue a writ of habeas corpus ad prosequendum directing the United States Marshal to remove the defendant from such institution and custody, for the above proceedings; and upon completion of all such proceedings (initial appearance, arraignment, motions and trial) and upon completion of such proceedings to return the defendant to the custody of Superintendent of St. Louis City Justice Center.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

_____
J. Christian Goeke, #39462MO
Assistant United States Attorney

UNITED STATES OF AMERICA )
Eastern Division of the )
Eastern District of Missouri )

I, J. Christian Goeke, Assistant United States Attorney for the Eastern District of Missouri, declare under the penalty of perjury, pursuant to Title 28, United States Code, Section 1746 that the foregoing statements furnished to me and that the contents therein are true and correct to the best of my knowledge and belief.

_____
J. Christian Goeke, #39462MO
Assistant United States Attorney

TO THE CLERK OF THE DISTRICT COURT:

You are hereby ordered to issue the Writ of Habeas Corpus Ad Prosequendum as prayed for in the foregoing application.

_____
UNITED STATES DISTRICT JUDGE